1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                          Plaintiff,                    CASE NO. CR23-90-JHC

10          v.                                           **DETENTION ORDER**

11  D'ARIUS AKIM JACKSON,

12                          Defendant.

13          The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14  there are no conditions which the defendant can meet which would reasonably assure the

15  defendant's appearance as required or the safety of any other person and the community.

16          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17          Defendant is charged with wire fraud and money laundering. Defendant has two

18  convictions for robbery committed prior to the age of 18, and a conviction for assault in the third

19  degree committed after the age of 18. His criminal history is lengthy. His history of appearing for

20  court hearings is poor. Over thirty warrants for his arrest were issued due to failures to appear.

21  He currently has an active warrant issued by the state department of corrections. Defendant's

22  performance on state supervision is problematic. He has been returned to custody five times due

23  to violations, and absconded supervision in 2020.  The current allegations appear to have

occurred while he was on active state supervision. The government proffered that it was difficult

DETENTION ORDER - 1

1    to apprehend Defendant because of his use of phone numbers and cars that are registered to other

2    individuals.

3           It is therefore **ORDERED**:

4           (1)     Defendant shall be detained pending trial and committed to the custody of the

5    Attorney General for confinement in a correctional facility separate, to the extent practicable,

6    from persons awaiting or serving sentences, or being held in custody pending appeal;

7           (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8    counsel;

9           (3)     On order of a court of the United States or on request of an attorney for the

10   Government, the person in charge of the correctional facility in which Defendant is confined

11   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12   connection with a court proceeding; and

13          (4)     The Clerk shall provide copies of this order to all counsel, the United States

14   Marshal, and to the United States Probation and Pretrial Services Officer.

15          DATED this 12th day of June, 2023.

16

17                                          _____

                                            BRIAN A. TSUCHIDA
18                                          United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2